1  SHELLEY S. BUCHANAN, State Bar No. 178779
   Attorney At Law
2  912 Cole Street, PMB #120
   San Francisco, CA 94117
3  Tel: (415) 566-3526
   Fax: (415) 566-3548
4
   Attorney for Defendants
5  ALAEA-72, INC. dba LOVELL'S ANTIQUE GALLERY,
   Sued erroneously herein as LOVELL'S ANTIQUE GALLERY, and
6  ABRAHAM MAGIDISH

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11                                                    EDL
                                           CASE NO.:  C 09-03160 SBA
12  JUAN BONIFACIO ULIN,                )
                                        )
13           Plaintiff,                 )
                                        )
14      vs.                             )   SUBSTITION OF ATTORNEY
                                        )   AND ORDER THEREON
15  LOVELL'S ANTIQUE GALLERY,           )
    ABRAHAM MAGIDISH, and DOES 1-10,    )
16  inclusive.                          )
                                        )
17           Defendants.                )
                                        )
18  _____)

19

20      THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendants ALAEA-72,
21  INC. doing business as LOVELL'S ANTIQUE GALLERY, sued erroneously herein as
22  LOVELL'S ANTIQUE GALLERY and ABRAHAM MAGIDISH, an individual, substitute
23  Shelley S. Buchanan, Attorney At Law, in place of Kevin A Mills, Burgess Mills & Ring in the
24  above-entitled action.
25
26
27
28
    SUBSTITUTION OF ATTORNEY
                              -1-

1

2                                 I consent to this substitution.

3 Dated: November 19, 2009              ALAEA-72, INC.

4                          By: _____

5                             ABRAHAM MAGIDISH, Agent for ALAEA-72, INC.

6

7                               I consent to this substitution.

8 Dated: November 19, 2009

9                              ABRAHAM MAGIDISH

10

11                               I consent to this substitution.

12                               BURGESS MILLS & RING

13 Dated: November 17, 2009           By:

14                               KEVIN A. MILLS

15                               Attorney for Defendants ALAEA-72, INC. and

16                               ABRAHAM MAGIDISH

17

18                               I accept this substitution.

19 Dated: November 20, 2009

20                               SHELLEY S. BUCHANAN

21                               Attorney for Defendants ALAEA-72, INC. and

22                               ABRAHAM MAGIDISH

23

24                          ORDER

25     It is so ordered.

26     November 23, 2009

27                         ELIZABETH D. LAPORTE U.S.     IT IS SO ORDERED

28                               Judge Elizabeth D. Laporte

SUBSTITUTION OF ATTORNEY         -2-

PROOF OF SERVICE

I, Shelley Buchanan, declare as follows:

My business address is 912 Cole Street, PMB #120, San Francisco, California 94117.

I served the following documents:

SUBSTITUTION OF ATTORNEY

on November 20, 2009, by depositing in the United States mail a copy of the documents in an envelope with postage prepaid addressed to:

Adam Pedersen
Adam Wang
Law Offices of Adam Wang
12 S. First Street, Suite 708
San Jose, CA 95113

the attorneys for Plaintiff in the above-entitled cause.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: November 20, 2009

SHELLEY BUCHANAN