1  ADAM WANG (Bar No. 201233)
2  ADAM PEDERSEN (Bar No. 261091)
   Law Offices of Adam Wang
3  12 S. First Street, Suite 708
   San Jose, CA  95113
4  Tel: 408-292-1040
   Fax 408-416-0268

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN BONIFACIO ULIN, | CASE NO.:   C 09-03160 EDL |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR REFERRAL TO A MAGISTRATE JUDGE FOR AN EARLY SETTLEMENT CONFERENCE;** |
| LOVELL'S ANTIQUE GALLERY, ABRAHAM MAGIDISH, and DOES 1-10, inclusive. | |
| Defendants. | ~~[PROPOSED]~~ **ORDER THEREON** |

The parties, jointly through counsel stipulate as follows:

1. This case is a wage and hour action by the above named Plaintiff against the above-named Defendants for the recovery of unpaid overtime wages, meal period premiums and associated penalties and fees.

2. Parties have now conducted extensive discovery in this action.

3. Parties have exchanged several rounds of written discovery, conducted depositions and have several depositions which remain to be taken in the month of June.

STIPULATION FOR REFERRAL TO AN EARLY SETTLEMENT CONFERENCE

-1-

4. The results of parties discovery efforts have prompted the parties to return to the table and make another effort to settle this case without the need for trial and further litigation.

5. While the parties have agreed to make all efforts to resolve their dispute, the parties still remain sufficiently at odds with regard to Plaintiff's regular working hours that a strong neutral would be invaluable to aid parties in reaching settlement.

6. Parties do not feel they can resolve this matter without this help, and therefore, respectfully look to the Court to provide them a forum for settlement by allowing them a referral to a magistrate judge for the conduct of an Early Settlement Conference.

7. That said, parties are now more committed than ever to settlement, recognizing that a failure to settle now will likely result in trial.

8. Parties commit to making a good-faith effort to settle this matter without further litigation, which presents an undesirable amount of risk, delay and expense to both sides.

9. Therefore, the **PARTIES HEREBY STIPULATE** and respectfully request that the Court enter the proposed order attached hereto, referring this case to a settlement Conference as soon as is practicable, but preferably within the next 90 days.

LAW OFFICES OF ADAM WANG

Dated:  June 3, 2010        By:     /s/Adam Pedersen_____
                                    ADAM PEDERSEN
                                    Attorney for Plaintiff
                                    JUAN BONIFACIO ULIN

STIPULATION FOR REFERRAL TO AN EARLY SETTLEMENT CONFERENCE

SHELLEY BUCHANNAN, ESQ.

Dated: June 3, 2010    By:   /s/Shelley Buchannan_____
SHELLEY BUCHANNAN
Attorney for Defendants
ALEA-72 INC., and ABRAHAM MAGIDISH

[PROPOSED] ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES**, this Court hereby **ORDERS** that this matter referred to a Magistrate Judge _____ for a ~~an Early~~ Settlement Conference, to be conducted as soon as is practicable within the next 90 days. if possible.

Dated: June 3, 2010    By: *Elijah D. Laporte*
Hon. E. D. Laporte – US District Judge

STIPULATION FOR REFERRAL TO AN EARLY SETTLEMENT CONFERENCE

-3-