ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorneys for Plaintiff

UNITED STATES FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULIN,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALEA-72 INC. et. al.,<br><br>        Defendants, | Case No. C09-3160 EDL<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

On September 16, 2010 this Court heard the Plaintiff's motion to compel production of documents. *See* Docket #57.

Specifically, Plaintiff sought to compel production of three categories of documents. First, Plaintiff's Request for Document Set 3-Request No. 3 sought production of Defendants' phone bills. Second, Plaintiff's Request for Documents Set. 2—Request No. 3 & 4 sought production of shipping invoices for merchandise sent and received to and from Defendants' warehouse. Finally, Plaintiff's Request for Documents Set 2—Request No. 2 were aimed at production of canceled checks issued in conjunction with the making of cash wage payments to employees.

After having reviewed and considered the moving and opposition papers, and heard and considered parties' oral arguments, the Court finds that the Plaintiff's requests are relevant, with the exception of Plaintiff's request for phone bills which is moot as Judge Chen has already

ordered such documents to be produced by Defendants' service provider AT&T.

As such, Plaintiff's motion is GRANTED in part and DENIED in part as follows:

1. The shipping invoices, as requested in Plaintiff's Request for Documents Set 2 –- Requests No. 3 and 4 reflect a time of delivery and/or pick-up. The information sough is thus relevant and documents shall be be produced. Counsel for Defendants shall review all invoices in the possession or control of Defendants and select for production those containing a delivery and/or pickup time. Counsel for Defendants shall subsequently file a declaration attesting to the number of invoices provided by Defendants for review, that each invoice provided was reviewed by counsel, and the resulting number, if any, of invoices subject to production;

2. The canceled checks issued in conjunction with the making of cash wage payments to employees as requested by Plaintiff's Request for Documents Set 2–-Request No. 2 are relevant, and shall be produced.

3. All responsive documents shall be produced within 14 days of the entry of this order.

**IT IS SO ORDERED.**

Dated: September 23, 2010              By: *Elijah D. Laporte*
                                            Honorable E. D. Laporte
                                            U.S. Magistrate Judge