IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN BONIFACIO ULIN,

    Plaintiff,

v.

ALAEA-72, INC. et al.,

    Defendants.

No. 09-3160-EDL

**ORDER REMOVING DKT. NOS. 155 AND 156 FROM PUBLIC DOCKET**

In connection with Defendants' opposition of Plaintiff's motion for attorneys fees, Defendants have filed an Opposition and Declaration in support. Dkt. Nos. 155-156. Portions of these documents violate Local ADR Rules 6-12 and 7-5 regarding the confidentiality of discussions that occurred during mediation and settlement conference sessions, and the Court therefore Orders both documents to be immediately STRICKEN from the public docket. The documents may be re-filed publicly so long as the portions of the documents referencing discussions that took place during the mediation session and settlement conference are removed (Buchannan Decl. ¶ 7; Opposition at 2:20-3:1, 3:6-11. The inappropriate references have not and will not be considered by this Court in ruling on the fee motion. Counsel is admonished for including this confidential information in a public court filing.

**IT IS SO ORDERED.**

Dated: September 19, 2011

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge