**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| KENNETH J. FREED, ESQ.<br>LAW OFFICES OF KENNETH J. FREED   [SBN 125349]<br>14226 Ventura Blvd.<br>P.O. Box 5914<br>Sherman Oaks, CA 91423   F#6016311<br>TELEPHONE NO.: 818-990-0888   FAX NO.: (818) 990-1047<br>E-MAIL ADDRESS: kfreed@kjfesq.com<br>ATTORNEY FOR (Name): Plaintiff<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ UNITED STATES DISTRICT COURT
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: same as above
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF: JUAN BONIFACIO ULIN AKA JUAN ULIN TAY; INSTITUTO LABORAL DE LA RAZA
DEFENDANT: ABRAHAM MAGADISH, et al.

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                 [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>09-03160-EDL |
|---|---|---|
| | [ ] Limited Civil Case  [ ] Small Claims Case<br>[X] Unlimited Civil Case  [ ] Other | |

1. To the Sheriff or Marshal of the County of: SAN FRANCISCO
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): CREDITORS ADJUSTMENT BUREAU, INC. DBA CAB-LCF
   is the [ ] judgment creditor [X] assignee of record whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity stated in judgment if not a natural person, and last known address):

   ABRAHAM MAGADISH AKA ABRAHAM
   AVI MAGADISH AKA AVI MAGADISH
   625 Grant Ave.
   San Francisco, CA 94108

   [X] Additional judgment debtors on next page
5. Judgment entered on (date): June 15, 2011
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ................. $ 28,032.21
12. Costs after judgment (per filed order or memo CCP 685.090) .......... $ 0.00
13. Subtotal (add 11 and 12) ........ $ 28,032.21
14. Credits ....................... $ 0.00
15. Subtotal (subtract 14 from 13) .... $ 28,032.21
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ... $ 0.00
17. Fee for issuance of writ ........ $ 0.00
18. Total (add 15, 16, and 17) ...... $ 28,032.21
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of 10% ..... $ 7.68
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) .......... $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

SUSAN Y SOONG

Issued on (date): 12/11/15   Clerk, by _____, Deputy
                                          ALFRED AMISTOSO

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5